UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ROBERT CAMARANO,                          :

              Petitioner,      :

                                             16cv2095
       -against-                        :
                                             <u>ORDER</u>

T. GRIFFIN, SUPERINTENDENT,
GREEN HAVEN CORR. FACILITY,               :

             Respondent.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, Senior United States District Judge:

        The Clerk of Court has no record of receiving any filing fee in this civil action.

Accordingly, Petitioner's application for a refund (ECF No. 57) is denied.  A copy of this Order is being mailed by Chambers staff to Petitioner.

Dated:  December 3, 2020                      SO ORDERED:
        New York, New York

                                                       _____
                                                       WILLIAM H. PAULEY III
                                                              U.S.D.J.