```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
ROBERT CAMARANO,

                              Petitioner,                    16 **CIVIL** 2095

          -against-                               **JUDGMENT**

T. GRIFFIN, SUPERINTENDENT,
GREEN HAVEN CORR. FACILITY,
                              Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated March 25, 2021, Camarano's habeas petition is denied. Because Camarano has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not be issued. See 28 U.S.C. § 2253(c). In addition, this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438 (1962); accordingly, the case is closed.

DATED:  New York, New York
              March 25, 2021

                                                      **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                              BY:
                                                           **Deputy Clerk**