UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ROBERT CAMARANO,                       :

            Petitioner,           :
                                              16cv2095
        -against-                 :
                                              ORDER

T. GRIFFIN, SUPERINTENDENT,
GREEN HAVEN CORR. FACILITY,            :

            Respondent.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, Senior United States District Judge:

        This Court has reviewed Petitioner's motion for an extension of time to file a Notice of Appeal (ECF No. 64). Because Petitioner timely filed a Notice of Appeal on April 21, 2021 (ECF No. 65), his motion for an extension of time is denied as moot. Chambers staff will mail a copy of this Order to Petitioner.

Dated: May 4, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.